UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80958-CIV-RYSKAMP/VITUNAC

JAN YELLE, individually and on
behalf of all similarly situated persons,

    Plaintiff,

v.

DEBT RESOLUTION ASSOCIATES,
INC., a Florida corporation,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the Parties' Stipulation for Dismissal with Prejudice, filed March 13, 2008 **[DE 12]**. The Court has reviewed the settlement agreement reached and finds it fair and reasonable. Accordingly, it is hereby

ORDERED AND ADJUDGED that the settlement agreement is APPROVED AND AFFIRMED. This matter is DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees and costs. The Court shall reserve jurisdiction to enforce the terms and conditions of the Settlement Agreement and Full and Final General Release. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED a Chambers in West Palm Beach, Florida this 13th day of March, 2008.

                                                S/Kenneth L. Ryskamp
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF FLORIDA